## Commonwealth *v.* Smith, Appellant.

Submitted September 27, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*John J. Dean* and *J. Graham Sale, Jr.,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.